UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 7479**

| | |
|---|---|
| CAROLYN C. BLOUNT, | Plaintiff, |
| -v- | |
| MF GLOBAL LTD., KEVIN R. DAVIS, J. RANDY MACDONALD | Defendant. |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CAROLYN C. BLOUNT _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** AUGUST 22, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** AB 5850

Form Rule7_1.pdf  SDNY Web 10/2007