UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN C. BLOUNT, Individually And On Behalf Of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>MF GLOBAL LTD., KEVIN R. DAVIS and J. RANDY MACDONALD,<br><br>                     Defendants. | Civil Action No.<br><br>RELATED CASE AFFIRMATION |

AARON L. BRODY affirms the following:

    1.     I am an attorney with the law firm of Stull, Stull & Brody, counsel for plaintiff in the above-captioned action which asserts the dissemination of false and misleading financial information by the defendants to the investing public.

    2.     Upon information and belief, this action is related to the action captioned JERRY N. POLLIO v. MF GLOBAL LTD., et al., S.D.N.Y., 08-CV-06858 (JSR), which also asserts similar claims of dissemination of false and misleading financial information by the defendants to the investing public.

    3.     Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable Jed S. Rakoff.

Dated: August 22, 2008

                                                         AARON L. BRODY